# WITNESS AND EXHIBIT LIST
## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

**Chief U.S. Bankruptcy Judge: Eduardo V. Rodriguez**

| | |
|---|---|
| **Main Case No:** | 24-31596 |
| **Name of Debtor:** | MMA Law Firm, PLLC |
| **Adversary Case No:** | 24-3212 |
| **Style of Adversary:** | MMA Law Firm, PLLC v. Allied World Insurance Company |

| Does this amend or supplement a previously filed Witness & Exhibit List? If so, state the date and CM/ECF No. of such previous filing. | Yes | |
|---|---|---|
| | Supplement | |
| | **Date** | **CM/ECF No.** |
| | 4/21/2025 | 54 |

| | |
|---|---|
| **Hearing/Trial Date:** | April 23, 2025 |
| **Hearing Time:** | 1:30 PM |
| **Party's Name:** | Allied World Insurance Company |
| **Attorney's Name:** | Justin S. Levy and Oliver Sherman (admitted pro hac vice) |
| **Attorney's Phone:** | 202-599-1131 |

| **Nature of Proceeding(s):** | **CM/ECF No.** | **Matter** |
|---|---|---|
| | 49 | Debtor's Emergency Motion to Extend Response Time for Written Discovery |

| WITNESS LIST | |
|---|---|
| **Lay Witnesses:** | Justin S. Levy |
| | Any witnesses listed by the Debtor |
| | Rebuttal/impeachment witnesses |
| **Expert Witnesses:** | |
| | |
| | |
| | |

| | REBUTTAL/ IMPEACHMENT WITNESSES |
|---|---|
| **Lay Witnesses:** | |
| | |
| | |
| | |
| | |
| | |
| **Expert Witnesses:** | |
| | |
| | |
| | |
| | |

| | | | FOR COURT USE ONLY | |
|---|---|---|---|---|
| **EX. NO.** | **DESCRIPTION** | **OFFERED** | **OBJECTION** | **DISPOSITION** |
| 1. | Allied World's Second Set of Interrogatories to MMA, dated Mar. 21, 2025 (D.E. 50-2) | | | |
| 2. | Allied World's Second Set of Requests for Production to MMA, dated Mar. 21, 2025 (D.E. 50-3) | | | |
| 3. | April 17, 2025 Email Chain (D.E. 50-4) | | | |
| 4. | MMA's Compl., dated Oct. 10, 2024 (D.E. 1) | | | |
| 5. | Allied World's Ans. to Compl. & Counterclaims, dated Nov. 22, 2024 (D.E. 5) | | | |
| 6. | Debtor's Motion to Approve Controversy with Equal Access Justice Fund, LP, EAJF Fund, LP, and the Official Committee of Unsecured Creditors, dated Mar. 19, 2025 (D.E. 588) | | | |
| 7. | Settlement Agreement, dated March 8, 2025 (D.E. 588-1) | | | |
| 8. | Allied World's Objection to Debtor's Motion to Compromise with Equal Access Justice Fund, LP and EAJF Fund, LP, dated April 9, 2025 (D.E. 619) | | | |
| | Exhibits attached to the Debtor's Witness and Exhibit List | | | |
| | **REBUTTAL/IMPEACHMENT EXHIBITS** | | | |
| 9. | E-mail Chain ending on March 27, 2025 | | | |
| 10. | E-mail Chain ending on March 28, 2025 | | | |
| 11. | E-mail Chain, including August 11, 2023 e-mails | | | |
| 12. | Letter, dated January 17, 2024 | | | |
| 13. | Letter, dated February 7, 2024 | | | |
| 14. | | | | |
| 15. | | | | |
| 16. | | | | |
| 17. | | | | |
| 18. | | | | |